# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2013

*Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)*

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| GIBBONS, JULIA S. | US COURT OF APPEALS SIXTH CIRCUIT | 06/06/2014 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| U.S. CIRCUIT JUDGE (ACTIVE) | ☐ Nomination  Date <br> ☐ Initial  ☑ Annual  ☐ Final <br> 5b. ☐ Amended Report | 01/01/2013 <br> to <br> 12/31/2013 |

**7. Chambers or Office Address**

970 FEDERAL BUILDING
167 N MAIN STREET
MEMPHIS, TN 38103

***IMPORTANT NOTES:*** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☑ NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| GIBBONS, JULIA S. | 06/06/2014 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | 2013 | STATE OF TN: SALARY AS COMMISSIONER OF SAFETY & HOMELAND SECURITY |
| 2. | | |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☐ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | FIRST AMENDMENT CENTER | 2/22/13 | NASHVILLE, TN | MOOT COURT | MEALS, TRANSPORTATION |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| GIBBONS, JULIA S. | 06/06/2014 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

[✓] NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

[ ] NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | U.S. BANK | CREDIT CARD | K |
| 2. | CHASE VISA | CREDIT CARD | K |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| GIBBONS, JULIA S. | 06/06/2014 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets)  Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. IRA-EQUITABLE LIFE ANNUITY-EQUIVEST GUARANTEED INT ACCOUNT | A | Interest | K | T | | | | | |
| 2. IRA-EQUITABLE ANNUITY-EQUIVEST GUARANTEED INT ACCOUNT | A | Interest | K | T | | | | | |
| 3. SUNTRUST-MEMPHIS, TN | A | Interest | J | T | | | | | |
| 4. FEDERAL BLDG. FEDERAL CREDIT UNION ACCOUNT | A | Interest | J | T | | | | | |
| 5. STATE OF TN 401(K) | | | | | | | | | |
| 6. -FIDELITY PURITAN FUND | B | Dividend | K | T | | | | | |
| 7. -NATIONWIDE BANK | | None | J | T | | | | | |
| 8. IRA ROLLOVER RETIREMENT PLAN | | | | | | | | | |
| 9. -AMERICAN FUNDS:INVESTMENT FUND OF AMERICA | A | Dividend | J | T | | | | | |
| 10. -HARTFORD MUTUAL FDS: HARTFORD CAPITAL APPRECIATION FUND | | | | | Sold (part) | 04/11/13 | J | A | |
| 11. | | | | | Sold | 08/30/13 | J | A | |
| 12. -FRANKLIN FDS: MUTUAL GLOBAL DISCOVERY | A | Dividend | J | T | | | | | |
| 13. -IVY FDS: ASSET STRATEGY FUND | A | Dividend | J | T | | | | | |
| 14. -VIRTUS MUTUAL FDS: ALTERNATIVES DIVERSIFIER FUND | | | | | Sold | 02/08/13 | J | A | |
| 15. -ING FDS: ING CORE EQUITY | A | Dividend | | | Sold | 09/06/13 | J | A | |
| 16. -PIONEER FUND: PIONEER FUND CLASS A M/F | | | | | Sold | 02/01/13 | J | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| GIBBONS, JULIA S. | 06/06/2014 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 17. -CONVERGYS CORP - STOCK | A | Dividend | | | Sold | 07/03/13 | J | A | |
| 18. -REGIONS FDIC CASH ACCOUNT | A | Interest | J | T | | | | | |
| 19. -CITIGROUP INC - STOCK | A | Dividend | J | T | | | | | |
| 20. -ING EMERGING MARKET FUND CL A | A | Dividend | J | T | | | | | |
| 21. -FIRST TRUST HIGH INCOME LONG/ SHORT FUND | A | Dividend | | | Buy (add'l) | 03/22/13 | J | | |
| 22. | | | | | Sold | 06/13/13 | J | A | |
| 23. -RARE ELEMENT RES | | | | | Sold | 05/30/13 | J | A | |
| 24. -HIGHLAND LONG/SHORT EQUITY | A | Dividend | J | T | | | | | |
| 25. -RFMICRO DEVICES | | | | | Sold | 01/04/13 | J | A | |
| 26. -DIGI INTERNATIONAL | | | | | Buy (add'l) | 01/03/13 | J | | |
| 27. | | | | | Buy (add'l) | 02/04/13 | J | | |
| 28. | | | | | Sold (part) | 04/10/13 | J | A | |
| 29. | | | | | Sold | 07/16/13 | J | A | |
| 30. -PIMCO TOTAL RETURN CLASS A | A | Dividend | K | T | | | | | |
| 31. -APPLE INC | A | Dividend | | | Sold | 03/04/13 | J | A | |
| 32. -GOLDMAN SACHS GLOBAL CD | | None | J | T | | | | | |
| 33. -PACIFIC LIFE OPTIMIZATION MODERATE AGGRESSIVE CL A | A | Dividend | J | T | Buy | 02/04/13 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets)<br><br>Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 34. | | | | | Buy (add'l) | 02/08/13 | J | | |
| 35.    -NIKE COMMON STOCK | | None | | | Buy | 03/12/13 | J | | |
| 36. | | | | | Sold | 03/22/13 | J | A | |
| 37.    -VALERO ENERGY | A | Dividend | | | Buy | 04/03/13 | J | | |
| 38. | | | | | Buy (add'l) | 04/11/13 | J | | |
| 39. | | | | | Sold (part) | 05/17/13 | J | A | |
| 40. | | | | | Sold | 10/23/13 | J | A | |
| 41.    -CST BRANDS | A | Dividend | | | Spinoff (from line 37) | 05/02/13 | J | | |
| 42. | | | | | Sold | 12/24/13 | J | A | |
| 43.    -FIRST TRUST TACTICAL INCOME PORTFOLIO | A | Dividend | J | T | Buy | 06/04/13 | J | | |
| 44.    -ALTRIA GROUP | A | Dividend | J | T | Buy | 06/20/13 | J | | |
| 45.    -SUNAMERICA FOCUSED DIVIDEND STRATEGY | A | Dividend | J | T | Buy | 07/16/13 | J | | |
| 46.    -FIRST TRUST MEGA CAP PORTFOLIO | A | Dividend | K | T | Buy | 08/30/13 | J | | |
| 47. | | | | | Buy (add'l) | 09/06/13 | J | | |
| 48.    AXA EQUITABLE LIFE INS CO | | None | | | Redeemed | 10/25/13 | J | A | |
| 49.    AXA EQUITABLE LIFE INS CO | A | Interest | K | T | | | | | |
| 50.    AXA EQUITABLE LIFE INS CO: UNIVERSAL LIFE | B | Interest | J | T | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| GIBBONS, JULIA S. | 06/06/2014 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

SCHEDULE VII, LINE 12: NAME CHANGED FROM FRANKLIN TEMPLETON MUTUAL DISCOVERY TO MUTUAL GLOBAL DISCOVERY

SCHEDULE VII, LINE 15: NAME CHANGED FROM GROWTH & INCOME FUND TO ING CORE EQUITY

SCHEDULE VII, LINE 24: NAME CHANGED FROM PYXIS LONG/SHORT OPPORTUNITIES TO HIGHLAND LONG/SHORT EQUITY

| Name of Person Reporting | Date of Report |
|---|---|
| GIBBONS, JULIA S. | 06/06/2014 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ JULIA S. GIBBONS**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544